UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION
CIVIL ACTION NO. 16-cv-114 HRW

(*Electronically Filed*)

UNITED STATES OF AMERICA,                                                    PLAINTIFF,

VS.

JOHN R. KOUNS, et al.,                                                          DEFENDANTS.

**ANSWER OF DEFENDANT, BLUEGRASS COMMUNITY FEDERAL CREDIT UNION**

      Comes now the Defendant, Bluegrass Community Federal Credit Union ("BGFCU"), by counsel, and for its Answer to the Complaint states as follows:

**FIRST DEFENSE**

      The Complaint fails to state a claim for which relief can be granted against this answering Defendant, and should be dismissed and held for naught.

**SECOND DEFENSE**

      1.     BGFCU admits the allegations contained in numerical paragraph 11 of the Complaint that it has a recorded judgment lien; said judgment lien has not otherwise been paid or released, and secures a debt with an outstanding balance.

      2.     BGFCU is otherwise without knowledge sufficient to form a belief as to the truth of the allegations of the Complaint, and therefore denies same, but BGFCU does not wish to dispute any allegations that may be verified by public record.

      WHEREFORE, having fully answered and responded to the allegations of the Complaint, BGFCU respectfully prays for an Order recognizing its lien, ordering the marshaling of all liens in their order of priority, and for all other relief to which it may appear entitled.

        Respectfully submitted,

/s/ Philip Q. Ratliff_____
PHILIP Q. RATLIFF (#84280)
Campbell Woods, PLLC
P.O. Box 1862
Ashland, KY 41105-1862
Counsel for Bluegrass Community Federal Credit Union

**Certificate of Service**

      I certify that the foregoing has been served upon the parties herein by ECF or by mailing a true and correct copy thereof, postage prepaid, to:

James S. Watson
Lauren B. Durham
Foreman Watson Holtrey, LLP
530 Frederica Street
Owensboro, KY 42301
Counsel for Plaintiff

John K. Kouns
Vicki G. Kouns
933 Valance Street
Flatwoods, KY  41139

Commonwealth of Kentucky
Department of Revenue
Division of Collections
c/o Andy Beshear, Attorney general
700 Capital Avenue, Suite 118
Frankfort, KY  40601-3449

This the 7th day of November, 2016.

/s/ Philip Q. Ratliff_____
Philip Q. Ratliff